CLIFFORD C. LePERE, Plaintiff-Appellant, *v.* LEO B. OBERNUEFEMANN *et al.,* Defendants-Appellees.

(No. 74-304; ▮)

Fifth District—May 1, 1975.

Opinion by Mr. JUSTICE EBERSPACHER.

Fleming & Fleming, of O'Fallon, and Bock & Stenger, of Belleville (Ralph T. Stenger, of counsel), for appellant.

Robert H. Rice, State's Attorney, of Belleville (Roza Gossage, Assistant State's Attorney, of counsel), for appellees.